IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 5:07-MJ-00027 TAG |
| Plaintiff, | ) ) | ORDER UNSEALING COMPLAINT |
| v. | ) ) | |
| DAVID CHAVEZ, SR., et. al. | ) ) | |
| Defendants. | ) ) ) | |

The United States having applied to this Court, for unsealing of the complaint in the above-captioned proceedings,

IT IS SO ORDERED, that the complaint, previously filed with this Court under seal, shall be unsealed.

IT IS SO ORDERED.

Dated: **July 16, 2007**                             **/s/ Theresa A. Goldner**
                                                                          UNITED STATES MAGISTRATE JUDGE

1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4077
5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   5:07-MJ-0027 TAG
                                      )
11 |           Plaintiff,             )
                                      )
12 | v.                               )   APPLICATION TO UNSEAL COMPLAINT
                                      )
13 | DAVID CHAVEZ, et al.,            )
                                      )
14 |           Defendants.            )
   |_____    )
15

16    The United States of America hereby applies to this Court for an order unsealing the

17 complaint in the above-captioned proceedings. The defendants in this case have been arrested and

   there is no need for further secrecy.
18
   DATED: July 16, 2007                         Respectfully submitted,
19
                                                McGREGOR W. SCOTT
20                                              United States Attorney

21                                              By /S/ Kathleen A. Servatius

22                                                 KATHLEEN A. SERVATIUS
                                                   Assistant U.S. Attorney
23

24

25

26

27

28

                                          1