IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:07-MJ-00027  TAG |
| Plaintiff, ) | ORDER UNSEALING COMPLAINT |
| v. ) | |
| DAVID CHAVEZ, SR., et. al. ) | |
| Defendants. ) | |

The United States having applied to this Court, for unsealing of the complaint in the above-captioned proceedings,

IT IS SO ORDERED, that the complaint, previously filed with this Court under seal, shall be unsealed.

IT IS SO ORDERED.

Dated: **July 16, 2007**                                              **/s/ Theresa A. Goldner**
                                                                                    UNITED STATES MAGISTRATE JUDGE

McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4077

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>Plaintiff,  <br>v.  <br>DAVID CHAVEZ, et al.,  <br>Defendants. | 5:07-MJ-0027 TAG  <br><br>APPLICATION TO UNSEAL COMPLAINT |

The United States of America hereby applies to this Court for an order unsealing the complaint in the above-captioned proceedings. The defendants in this case have been arrested and there is no need for further secrecy.

DATED: July 16, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By /S/ Kathleen A. Servatius

KATHLEEN A. SERVATIUS
Assistant U.S. Attorney