J. TONY SERRA #32639
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
DAVID CHAVEZ, JR.

FILED
AUG 3 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DAVID CHAVEZ, JR.,

    Defendant.
_____/

CR 07-192 AWI

STIPULATION AND PROPOSED
ORDER TO ALLOW REFINANCING

    THE PARTIES HEREBY STIPULATE AND AGREE that the Subordination Agreement, attached as Exhibit A, may be executed by the Clerk of the Court to allow the property securing bail in this matter to be refinanced.

    The parties are satisfied that there is substantial equity in the property to protect the Court's lien.

    Dated: August 9, 2007

/s/ KATHLEEN SERVATIUS
KATHLEEN SERVATIUS
Assistant U.S. Attorney

/s/ J. TONY SERRA
J. TONY SERRA
Attorney for Defendant

**IT IS SO ORDERED.**

_____
ANTHONY W. ISHII, Judge
United States District Court