```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-CR-192 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER |
| v. ) | DATE: March 31, 2008<br>TIME:  9:00 a.m. |
| DAVID CHAVEZ, SR., et. al., ) | HONORABLE Anthony W. Ishii |
| Defendants. ) | |

     The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and request that the motions hearing, currently set for March 10, 2008, be moved to March 31, 2008, at 9:00 a.m.  The government has requested the continuance in order to permit it to complete its response to the pending motions in view of recent training outside of the office and an appeal brief due to the Ninth Circuit Court of Appeals of the assigned government attorney.  The government is requesting permission to file its response to motions on or before March 10, 2008 and that the defendants file any reply by March 24, 2008.  Therefore, the parties stipulate to continue this hearing to March 31, 2008 at 9:00 a.m., and further request the Court to order the same.  The parties further request that time be excluded to and

///

1 through the date of the court's decision on the motions due to the pendency of the defendants'

2 motions.  See 18 U.S.C. § 3161(h).

3 DATED:  March 5, 2008                    McGREGOR W. SCOTT
                                                                United States Attorney
4
                                                                By /s/ Kathleen A. Servatius
5
                                                                KATHLEEN A. SERVATIUS
6                                                               Assistant U.S. Attorney

7
  DATED: March 4, 2008                    /s/ J. David Nick
8                                                               Attorney for David Chavez, Sr.

9
  DATED: March 4, 2008                    /s/ J. Tony Serra
10                                                              Attorney for David Chavez, Jr.

11
  DATED: March 4, 2008                    /s/ W. Scott Quinlan
12                                                              Attorney for John Wayne Wyatt

13
  DATED: March 4, 2008                    /s/ Francine Zepeda
14                                                              Attorney for John Richard Shanks

15
  DATED: March 4, 2008                    /s/ David A. Torres
16                                                              Attorney for Timothy Doolittle

17
  DATED: March 4, 2008                    /s/ Anthony P. Capozzi
18                                                              Attorney for Jennifer Diane Brown

19
  DATED: March 4, 2008                    /s/ Roger K. Litman
20                                                              Attorney for Israel Cavazos.

21
  DATED: March 4, 2008                    /s/ Salvatore Sciandra
22                                                              Attorney for Jonathan M. Chapman

23

24

25

26

27

28

# ORDER

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorney, have stipulated to a continuance of the motions hearing in this case, currently set for March 10, 2008, to March 31, 2008, at 9:00 a.m.. The government has requested the continuance in order to permit it to file responses to the pending motions which have not been completed due to training outside the office and an appeal brief due to the Ninth Circuit Court of Appeals.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the motions hearing in this case be continued until March 31, 2008 at 9:00 a.m.

IT IS HEREBY ORDERED that the time between March 10th and the court's decision on the pending motions be excluded from the Speedy Trial Clock pursuant to 18 United States Code, Section 3161(h).

IT IS SO ORDERED.

**Dated:   March 5, 2008**              /s/ Anthony W. Ishii
                              UNITED STATES DISTRICT JUDGE