McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHAVEZ, SR., et. al.,<br><br>Defendants. | 1:07-CR-192 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND ORDER<br><br>DATE: April 14, 2008<br>TIME: 11:00 a.m.<br>HONORABLE Anthony W. Ishii |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and request that the motions hearing, currently set for March 31, 2008, be moved to April 14, 2008, at 11:00 a.m. The government has requested the continuance in order to permit it to complete its response to the pending motions. The government is requesting permission to file its response to motions on or before March 24, 2008 and that the defendants file any reply by April 11, 2008. Therefore, the parties stipulate to continue this hearing to April 14, 2008 at 11:00 a.m., and further request the Court to order the same. The parties further request that

///

///

///

1

1  time be excluded to and through the date of the court's decision on the motions due to the pendency
2  of the defendants' motions.  See 18 U.S.C. § 3161(h).

3  DATED:  March 26, 2008                    McGREGOR W. SCOTT
                                             United States Attorney
4
                                             By /s/ Kathleen A. Servatius
5
                                             KATHLEEN A. SERVATIUS
6                                            Assistant U.S. Attorney

7
   DATED: March 26, 2008                     /s/ J. David Nick
8                                            Attorney for David Chavez, Sr.

9
   DATED: March 26, 2008                     /s/ J. Tony Serra
10                                           Attorney for David Chavez, Jr.

11
   DATED: March 26, 2008                     /s/ W. Scott Quinlan
12                                           Attorney for John Wayne Wyatt

13
   DATED: March 26, 2008                     /s/ Francine Zepeda
14                                           Attorney for John Richard Shanks

15
   DATED: March 26, 2008                     /s/ David A. Torres
16                                           Attorney for Timothy Doolittle

17
   DATED: March 26, 2008                     /s/ Anthony P. Capozzi
18                                           Attorney for Jennifer Diane Brown

19
   DATED: March 26, 2008                     /s/ Roger K. Litman
20                                           Attorney for Israel Cavazos.

21
   DATED: March 26, 2008                     /s/ Salvatore Sciandra
22                                           Attorney for Jonathan M. Chapman

23
   ///
24
   ///
25

26

27

28

2

**ORDER**

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorney, have stipulated to a continuance of the motions hearing in this case, currently set for March 31, 2008, to April 14, 2008, at 11:00 a.m.. The government has requested the continuance in order to permit it to file responses to the pending motions which have not been completed.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the motions hearing in this case be continued until April 14, 2008 at 11:00 a.m.

IT IS HEREBY ORDERED that the time between March 31[th] and the court's decision on the pending motions be excluded from the Speedy Trial Clock pursuant to 18 United States Code, Section 3161(h).

IT IS SO ORDERED.

**Dated:     March 26, 2008**                                  /s/ Anthony W. Ishii
                                                              UNITED STATES DISTRICT JUDGE