McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-CR-192 AWI |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING MOTIONS HEARING |
| v. | ) | |
| DAVID CHAVEZ, SR., et. al., | ) | |
| Defendants. | ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorney, have stipulated to a continuance of the motions hearing in this case, currently set for April 14, 2008, to April 28, 2008, at 11:00 a.m..  The government has requested the continuance in order to permit it to file responses to the pending motions which have not been completed due to the illness of counsel.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the motions hearing in this case be continued until April 28, 2008 at 11:00 a.m.

///

///

1

1 | IT IS HEREBY ORDERED that the time between April 28 and the court's decision on the pending motions be excluded from the Speedy Trial Clock pursuant to 18 United States Code, Section 3161(h).

IT IS SO ORDERED.

**Dated:   April 11, 2008**                              /s/ Anthony W. Ishii
                                                              UNITED STATES DISTRICT JUDGE