IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-cr-00192 **AWI** |
| Plaintiff, | ) ) | **ORDER RE MOTION FOR GRAND JURY INFORMATION** |
| v. | ) ) | |
| DAVID CHAVEZ, JR, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On December 5, 2007, defendant David Chavez, Jr., through his attorney, J. Tony Serra, filed a motion to disclose "the surnames of all the members of the grand jury who were involved in issuing the indictment against the defendant in the instant case." On March 26, 2008, the government filed its opposition to the motion. On April 25, 2008, defendant filed his reply, clarifying that he "seeks to inspect only the master list of the grand jury that issued the instant indictment as well as all data relating to the constituency and method by which the grand jury was selected." On April 28, 2008, the motion was heard and taken under submission by the court.

Having considered the motion and the relevant case authority, the court now grants the defendant's motion to the extent set forth below. The court notes that the 2006 JS-12 Report and the 2006 qualified jury wheel encompass fiscal year October 1, 2006 to September 30, 2007.

     IT IS HEREBY ORDERED that the Clerk of the Court shall provide to defendant David Chavez, Jr.'s attorney, J. Tony Serra, the following information:

     1. A copy of the Jury Plan for the Eastern District of California that was in effect at the time of the selection of the relevant grand jury.

     2. A copy of the 2006 JS-12 Report.

     3. The 2006 qualified jury wheel.

     IT IS HEREBY FURTHER ORDERED that the 2006 qualified jury wheel shall be provided only to attorney J. Tony Serra. Attorney J. Tony Serra may disclose the 2006 qualified jury wheel only to members of his legal staff for the sole purpose of investigating and preparing a fair cross section challenge in this case. The 2006 qualified jury wheel shall not be disclosed to anyone else, including defendant David Chavez, Jr. or for any other purpose.

IT IS SO ORDERED.

**Dated:   May 23, 2008**            /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE