J. TONY SERRA, SBN 32639
EAN VIZZI, SBN 209444
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAVID CHAVEZ JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-192- AWI |
| v. | STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |
| DAVID CHAVEZ JR., | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release for defendant DAVID CHAVEZ, JR. may be modified as follows:

Defendant shall be allowed to MAINTAIN OR COMMENCE AN EDUCATIONAL PROGRAM.

All other terms and conditions shall remain in full effect. Pretrial Services Officer Dan Stark has been consulted and has agreed to this modification of pretrial release.

| | |
|---|---|
| /s/ EAN VIZZI | /s/ KATHLEEN SERVATIUS |
| EAN VIZZI | KATHLEEN SERVATIUS |
| Attorney for Defendant DAVID CHAVEZ, JR. | Assistant United States Attorney |

IT IS SO ORDERED.

**Dated:   August 5, 2008**          **/s/ Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331