J. TONY SERRA, SBN 32639
EAN VIZZI, SBN 209444
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAVID CHAVEZ JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>DAVID CHAVEZ JR.,<br><br>      Defendant.<br>_____/ | CR 07-192- AWI<br><br>STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release for defendant DAVID CHAVEZ, JR. shall be modified TO VACATE the following condition:

The defendant shall undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug/alcohol dependency, as approved by the Pretrial Services Officer.

All other terms and conditions shall remain in full effect.  Pretrial Services Officer Dan Stark has been consulted and has agreed to this modification of pretrial release.

| | |
|---|---|
|   /s/ EAN VIZZI<br>EAN VIZZI<br>Attorney for Defendant<br>DAVID CHAVEZ, JR. | /s/ KAREN ESCOBAR<br>KAREN ESCOBAR<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

**Dated:    February 24, 2009**               /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331