LAWRENCE G. BROWN
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:07-CR-192 AWI |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING MOTIONS HEARING |
| v. | ) | |
| DAVID CHAVEZ, SR., et. al., | ) | |
| Defendants. | ) | |

    The United States of America, by and through Lawrence G. Brown, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their respective attorneys, have stipulated to a continuance of the motions hearing in this case, currently set for September 8, 2009, to October 19, 2009, at 1:30 p.m.. The government has requested the continuance in order to permit it to file responses to the pending motions and the hearing date requested is the next that all counsel are available.

    THEREFORE, it appearing that the request is supported by good cause,

    IT IS HEREBY ordered that the motions hearing in this case be continued until October 19, 2009 at 1:30 p.m.  The government shall file any response to the defendants' motions on or before September 14, 2009, and the defendants' shall file their replies, if any, on or before October 5, 2009.

///

1  IT IS FURTHER ORDERED that the time between September 14, 2009 and the court's
2  decision on the pending motions be excluded from the Speedy Trial Clock pursuant to 18 United
3  States Code, Section 3161(h).

5  IT IS SO ORDERED.

6  **Dated:   August 25, 2009**                     /s/ Anthony W. Ishii
                                                  CHIEF UNITED STATES DISTRICT JUDGE

2