BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:07-CR-192 AWI |
| Plaintiff, | STIPULATION TO CONTINUE TRIAL DATE |
| v. | DATE: February 17, 2010<br>TIME: 8:30 a.m. |
| DAVID CHAVEZ, SR., et. al., | HONORABLE Anthony W. Ishii |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the trial currently set for February 17, 2010, be continued to May 19, 2010 at 9:00 a.m. and the trial confirmation currently set for February 1, 2010 be continued to April 12, 2010 at 1:30 p.m. The continuance is requested based upon the need for adequate trial preparation by the parties in the case.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States code Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits

1

established due to the complexity of the case.

          Respectfully submitted,

          BENJAMIN B. WAGNER
          United States Attorney

DATED: November 30, 2009      /s/ Kathleen A. Servatius
          KATHLEEN A. SERVATIUS
          Assistant U.S. Attorney

DATED: November 30, 2009      /s/ J. David Nick
          Attorney for David Chavez, Sr.

DATED: November 30, 2009      /s/ Ean Vizzi
          Attorney for David Chavez, Jr.

DATED: November 30, 2009      /s/ W. Scott Quinlan
          Attorney for John Wayne Wyatt

DATED: November 30, 2009      /s/ Francine Zepeda
          Attorney for John Richard Shanks

DATED: December 9, 2009      /s/ Anthony P. Capozzi
          Attorney for Jennifer Diane Brown

DATED: November 30, 2009      /s/ Roger K. Litman
          Attorney for Israel Cavazos

DATED: November 30, 2009      /s/ Salvatore Sciadra
          Attorney for Jonathan M. Chapman

## ORDER

Good cause having been shown, the trial scheduled to begin on February 17, 2010, is vacated and is now scheduled for May 19, 2010 at 9:00 a.m. and the trial confirmation currently set for February 1, 2010 be continued to April 12, 2010 at 1:30 p.m.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161 (b)(B)(ii).

IT IS SO ORDERED.

**Dated:  December 14, 2009**      /s/ Anthony W. Ishii
          CHIEF UNITED STATES DISTRICT JUDGE