J. TONY SERRA, SBN 32639
EAN VIZZI, SBN 209444
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
DAVID CHAVEZ JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 07-192- AWI |
| v. | STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE |
| DAVID CHAVEZ JR., | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the conditions of pretrial release for defendant DAVID CHAVEZ, JR. may be modified as follows:

Defendant shall be allowed to ACT AS THE FULL TIME CARETAKER FOR HIS 18 MONTH OLD CHILD, IN PLACE AND INSTEAD OF MAINTAINING FULL-TIME SCHOOLING OR SEEKING EMPLOYMENT; MR. CHAVEZ MAY STILL OPT TO SEEK EMPLOYMENT OR FURTHER EDUCATION IF HIS CHILD-CARE OBLIGATIONS CHANGE WHILE ON PRETRIAL RELEASE.

This is due to his wife's full-time employment and the lack of any alternative caretaker for the child.

All other terms and conditions shall remain in full effect.  Pretrial Services Officer Dan Stark has been consulted and has agreed to this modification of pretrial release.

| | |
|---|---|
| /s/ EAN VIZZI | /s/ KATHLEEN SERVATIUS |
| EAN VIZZI | KATHLEEN SERVATIUS |
| Attorney for Defendant | Assistant United States Attorney |
| DAVID CHAVEZ, JR. | |

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

<u>ORDER</u>

IT IS SO ORDERED.

Dated:     January 12, 2011
                                          CHIEF UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331