BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-192 AWI |
| Plaintiff, | ) ) ) | ORDER ON STIPULATION TO SET SCHEDULE FOR THE CASE AND TRIAL DATE |
| v. | ) ) | |
| DAVID CHAVEZ, SR., et. al., | ) ) | HONORABLE Anthony W. Ishii |
| Defendants. | ) ) ) | |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, having stipulated and requested that the Court set the following schedule for the progress of the case, and vacate the current trial confirmation and trial dates in this case;

    IT IS HEREBY ORDERED THAT the following schedule be set for the case:

    Trial Date:                           September 13, 2011, 8;30 a.m.

    Trial Confirmation/Hearing In Limine Motions: August 9, 2011

    Filing In Limine Motions:              July 15, 2011

    Responses to In Limine Motions:       July 29, 2011

    IT IS FURTHER ORDERED THAT the trial confirmation of February 28, 2011 and the Trial Date of March 15, 2011, be vacated.

1

IT IS FURTHER ORDERED THAT, as the requested trial date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case, time shall be excluded to and through the date of trial in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:     February 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE