J. TONY SERRA, SBN 32639
EAN VIZZI, SBN 209444
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant,
DAVID CHAVEZ, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07-192- AWI |
| Plaintiff, | |
| v. | DEFENDANT'S STIPULATION TO NEW TRIAL DATE AND SPEEDY TRIAL EXCLUSION AND ORDER |
| DAVID CHAVEZ JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED by defendant DAVID CHAVEZ, JR. and his attorneys J. Tony Serra and Ean Vizzi that the jury trial previously set in this case be vacated and a new jury trial date be set for November 27, 2012, at 9:00 a.m.  The defendant and counsel agree to the exclusion of additional time under the Speedy Trial Act to enable defense counsel effective preparation for jury trial.

The parties stipulate and agree that the time from the date of this stipulation, May 23, 2012, through and including November 27, 2012 shall be excluded from computation of time within which the trial of this case must be commenced under the

Speedy Trial Act, pursuant 18 U.S.C. sec. 3161(h)(7)(A) and (B)(iv).

Dated: May 29, 2012

    /s/DAVID CHAVEZ, JR.

DAVID CHAVEZ JR.,
Defendant

    /s/J. TONY SERRA

J.TONY SERRA
Attorney for Defendant
DAVID CHAVEZ JR.

    /s/EAN VIZZI

EAN VIZZI
Attorney for Defendant
DAVID CHAVEZ JR.

**ORDER**

IT IS SO ORDERED.

Dated:    May 30, 2012

CHIEF UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2