J. TONY SERRA #32639
EAN VIZZI #209444
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
DAVID CHAVEZ, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>   v.<br>DAVID CHAVEZ, JR.,<br>    Defendant.<br>_____/ | CR 07-192 AWI<br><br>STIPULATION AND ORDER TO VACATE HEARING DATE AS TO DEFENDANT CHAVEZ JR.<br>Date: July 9, 2012<br>Time: 11:00 a.m.<br>Judge Ishii |

THE PARTIES HEREBY STIPULATE AND AGREE that the trial confirmation hearing scheduled for the date and time indicated above shall be vacated as to defendant DAVID CHAVEZ, JR., only. A resolution of the matter as to Mr. Chavez, Jr. has been tentatively agreed to, and the parties request that a change of plea hearing be scheduled for August 27, 2012, at 11:00.

Dated:  July 5, 2012

/s/ KATHLEEN SERVATIUS                /s/ EAN VIZZI
KATHLEEN SERVATIUS                    EAN VIZZI
Assistant U.S. Attorney               Attorney for Defendant
                                      DAVID CHAVEZ JR.

IT IS SO ORDERED.

Dated:      July 6, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331