BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-00192 AWI-DLB |
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDING TIME FROM AUGUST 27, 2012, TO SEPTEMBER 24, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. | |
| DAVID CHAVEZ JR., | ORDER |
| Defendant. | [18 U.S.C. § 3161(h)(7)(B)(iv)] |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through his attorneys, hereby stipulate and agree that the change of plea hearing in this case, previously scheduled for August 27, 2012 at 11:00 a.m., be continued until September 24, 2012, at 10:00 a.m. before the Honorable Anthony W. Ishii.

    The reason for this request is the parties' need for further investigation, discovery, and plea negotiations. The parties have agreed that the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, and that time shall be excluded to and through the date of the change of plea hearing in that failure to grant the requested continuance would unreasonably deny the defendant continuity of counsel, and unreasonably deny the defendant

and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case and that, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act.

DATED:   August 23, 2012            BENJAMIN B. WAGNER
                                    United States Attorney

                                    By /s/ Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant U.S. Attorney

DATED: August 23, 2012              /s/ J. Tony Serra
                                    Attorney for David Chavez Jr.

DATED: August 23, 2012              /s/ Ean Vizzi
                                    Attorney for David Chavez Jr.

## ORDER

Based on the parties' stipulation and good cause appearing, the change of plea hearing in this case, currently scheduled for August 27, 2012, is continued until September 24, 2012.

IT IS FURTHER ORDERED THAT due to the need for additional investigation and preparation in the case, time shall be excluded to and through the date of the change of plea hearing in that failure to grant the requested continuance would reasonably deny the defendant continuity of counsel, and reasonably deny both the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting the case. 18 U.S.C. § 3161(h)(7)(B)(iv).

///

///

1 The Court finds, based on the reasons articulated, that the continuance in the "ends of justice"
2 outweighs the interest of the public and defendant in a speedy trial under the Speedy Trial Act.
3 IT IS SO ORDERED.

Dated:   August 23, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE